# United States District Court
## Eastern District of California

**FILED**
Oct 07, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Ian Marshall RATTRAY

CRIMINAL COMPLAINT

6:22-mj-00019-HBK

DOCKET NUMBER:

I, **Dillon O'Brien,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Ian Marshall RATTRAY** did or was:

**Count 1:** Trespassing entering or remaining in or upon real property not open to the public, except with the express invitation or consent of the person having lawful control of the property or real property in violation of Title 36 Code of Federal Regulations § 2.31(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, or on account of the performance of an official duty in violation of Title 36 Code of Federal Regulations § 2.32(a)(1)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On October 6, 2022, at approximately 2201 hours, I received a radio report from officer C. Cassling that Ian RATTRAY was currently in Huff tent cabin 10. Officer Cassling stated he heard a male in the tent cabin who he believed to be RATTRAY.

RATTRAY has been previously issued a Persona Non Grata (PNG) trespass warning from Aramark on August 30, 2022. The trespass warning was signed by RATTRAY and includes a warning that states "Aramark Housing Office has determined that those individuals declared PNG are prohibited from the following areas and activities; All Aramark housing areas, except when in the commission of your assigned work and with knowledge and approval of your supervisor… failure to follow this warning will subject you to disciplinary action up to and including employment consequences, and/or result in possible arrest for trespass(36 CFR 2.31) or other

Speedy Trial Act Applies: **No**

U.S. v. **RATTRAY**
Criminal Complaint

crime(s) as determined by the National Park Service. I understand the above policy. I understand that I have been declared Persona Non Grata."

Yosemite Valley Law Enforcement has received multiple reports from Aramark employees that RATTRAY has been staying in Huff tent cabin 10 with his girlfriend, MD. Yosemite Valley Law Enforcement has received multiple third-hand reports of incidents of domestic violence involving RATTRAY against MD. Yosemite Valley Law Enforcement has responded to two reports of domestic violence, two reports of disorderly conduct & noise, three incidents of marijuana possession, and two incidents for vehicle registration and insurance for RATTRAY between April and October of 2022.

I arrived on scene at Huff tent cabin 10 and spoke with officer Cassling. Officer Cassling and I knocked on the tent cabin and announced ourselves at 2204 hours. No one answered the door for approximately 3 1/2 minutes. I then knocked approximately 41 times in quick succession over approximately 10 seconds on the cabin door. At approximately 2211 hours, Officer Cassling announced that he observed food storage violations in MD's vehicle and that he would be calling for a tow to impound the vehicle. At approximately 2215 hours, MD exited the tent cabin and walked to her vehicle. Officer Cassling conducted a contact with MD for food storage violations and possession of marijuana at her vehicle in the Curry West parking lot. I remained at tent cabin 10 to watch for RATTRAY in the cabin.

I spoke with WD, a resident of the tent cabin directly across from tent cabin 10. WD stated she heard RATTRAY in the tent cabin earlier that night and had not seen him leave. At approximately 2247 hours, I once again knocked and announced my presence. I identified myself as police and ordered RATTRAY, by name, to open the door. I informed RATTRAY that I knew he was in the cabin and that he would be charged with interfering with an agency function if he did not comply with the order to open the door. I knocked an additional approximately 121 times on the door loud enough that the resident of the neighboring cabin opened her door to see what was happening.

At approximately 2321 hours, officer Cassling completed his contact with MD. MD returned to her tent cabin and secured her food in her bear box. At approximately 2349 hours, MD went back into her tent cabin, then exited the cabin and asked officer Cassling to move his vehicle so she could get her car out of the parking spot. Officer Cassling walked with MD to the parking lot. Approximately 45 seconds later, I observed Ian RATTRAY open the door and step out of Huff tent cabin 10. I placed RATTRAY under arrest for violation of Title 36 Code of Federal Regulations § 2.31(a)(1), trespassing and Title 36 Code of Federal Regulations § 2.32 (a)(1) interfering with an agency function. Officer Cassling advised RATTRAY of his Miranda rights. I asked RATTRAY how long he knew we were knocking on his cabin. RATTRAY stated "I remember hearing knocks and then I fell back asleep. That's seriously what happened. I woke up and my heart started racing. I guess of course I should've gone out then." RATTRAY stated he was leaving the tent cabin to use the restroom and then stated "I know I'm not supposed to be there." Officer Cassling transported RATTRAY to the Fresno County Detention Center.

Speedy Trial Act Applies: **No**

U.S. v. **RATTRAY**
Criminal Complaint

Body worn camera footage is available from Officers O'Brien and Cassling.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

10/07/2022
Date

*Ranger: (Dillon O'Brien)*
Law Enforcement Park Ranger
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this ____ day of (Month, Year).

10/7/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Speedy Trial Act Applies: **No**

U.S. v. **RATTRAY**
Criminal Complaint